**Mohan KRISHNAN and Vasanthallazmi Krishnan, Petitioners**

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee, Respondent**

**No. 35 MAL 2017**

Supreme Court of Pennsylvania.

July 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of July, 2017, the Petition for Allowance of Appeal is DENIED.